UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAWN CARDWELL,

    Plaintiff,

-vs-

HYUNDAI CAPITAL AMERICA, INC.
d/b/a KIA MOTORS FINANCE

    Defendant.

_____/

CASE NO.:  8:17-CV-01407-RAL-TGW

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, DAWN CARDWELL, and the Defendant, HYUNDAI CAPITAL AMERICA, INC., d/b/a KIA MOTORS FINANCE, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 22nd day of December, 2017.

/s/Frank H. Kerney, III
Frank H. Kerney III, Esq.
Florida Bar No. 88672
MORGAN & MORGAN, TAMPA, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Email: FKerney@ForThePeople.com
JKneeland@ForThePeople.com
mbradford@forthepeople.com
*Attorneys for Plaintiff*

/s/Brandon T. White
Brandon T. White, Esq.
Florida Bar No. 106792
REED SMITH LLP
1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
Telephone: +1 786 747 0222
Email: bwhite@reedsmith.com
Email: abarton@reedsmith.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Brandon T. White, Reed Smith, LLP, 1001 Brickell Bay Drive Suite 900, Miami, FL  33131 (bwhite@reedsmith.com).

                                                */s/ Frank H. Kerney, III, Esquire*
                                                Frank H. Kerney, III, Esquire
                                                Morgan & Morgan, Tampa,  P.A.